

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00267-CV

Rolando **HERNANDEZ**,
Appellant

v.

**AMISTAD READY MIX, INC.**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 31393
Honorable Enrique Fernandez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED IN PART as to Rolando Hernandez's negligent-entrustment theory of liability. The remainder of the trial court's judgment is REVERSED and this case is REMANDED for further proceedings consistent with this court's opinion. We order that appellant recover his costs of this appeal from appellee.

SIGNED February 8, 2017.

_____
Luz Elena D. Chapa, Justice